FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 22 PM 2:58

CLERK C Adams
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 4:03CR00052-1 |
| Derrick Antwan Sallen | ) USM No: 11470-021 |
| | ) |
| Date of Original Judgment: August 7, 2003 | ) Julian Toporek |
| Date of Previous Amended Judgment: November 11, 2011 | ) Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __200__ months **is reduced to** time served.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated August 7, 2003, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/22/15

Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*